**IT IS ORDERED as set forth below:**



**Date: November 19, 2019**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 16-20696-JRS |
| ) | |
| JACKIE LAMAR PRICHARD and, ) | CHAPTER 13 |
| JOYCE FLORENE PRICHARD, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| U.S. BANK TRUST NATIONAL ) | CONTESTED MATTER |
| ASSOCIATION, AS TRUSTEE OF ) | |
| THE TIKI SERIES III TRUST, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| JACKIE LAMAR PRICHARD, ) | |
| JOYCE FLORENE PRICHARD, and ) | |
| NANCY J. WHALEY, Trustee, ) | |
| ) | |
| Respondents. ) | |

**ORDER GRANTING DELINQUENCY MOTION**

U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust, c/o

SN Servicing Corporation, its servicing agent ("Movant"), filed a Motion for Relief from

Stay on April 15, 2019 (Doc. No. 62) on which a hearing was scheduled for May 9, 2019. Movant and Debtors entered into a Consent Order that was filed on May 15, 2019 (Doc. No. 57). Movant filed a Delinquency Motion and an Affidavit of Default on October 23, 2019 (Doc. No. 64) (collectively "Delinquency Motion") subsequent to a default by Debtors on the terms of the Consent Order. For good cause shown, it is hereby ORDERED AND ADJUDGED as follows:

1.

The Delinquency Motion is hereby granted.

2.

The stay set forth in FBR 4001(a)(3) is hereby waived, and the automatic stay is hereby modified to permit Movant to pursue and enforce under non-bankruptcy law any and all rights it has in and to that certain real property as more particularly described in the subject loan documents and commonly known as 869 James Burgess Road, Suwanee, GA 30024 ("Real Property"), including, but not limited to, advertising and conducting a foreclosure sale, seeking confirmation of the foreclosure sale in order to pursue any deficiency, and seeking possession of the Real Property. However, Movant and/or its successors and assigns may offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, short sale, deed in lieu of foreclosure, or any other type of loan workout/loss mitigation agreement. Movant may contact Debtors via telephone or written correspondence to offer any such agreement.

3.

Upon entry of this Order, the Chapter 13 Trustee shall cease funding Movant's pre-petition claim. Upon completion of any foreclosure sale by Movant during the pendency of this case, all proceeds exceeding Movant's lawful debt that would otherwise be payable to Debtors shall be promptly remitted to the Chapter 13 Trustee. Movant is

granted leave to seek allowance of a deficiency claim, if appropriate, but Debtors and the Chapter 13 Trustee shall be entitled to object to said deficiency claim.

[END OF DOCUMENT]

PREPARED BY:
Attorney for Movant

_____/s/_____
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email:  meratl@aol.com

## DISTRIBUTION LIST ON ORDER

Pursuant to LR 9013-3(c) NDGa., the Order shall be served upon the following parties in interest:

Marc E. Ripps, Esq.
P.O. Box 923533
Norcross, Georgia 30010-3533

Nancy J. Whaley, Esq.
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, SunTrust Garden Plaza
Atlanta, GA 30303

Kathlyn Khashan, Esq.
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Jackie Lamar Prichard
869 James Burgess Road
Suwanee, GA 30024

Joyce Florene Prichard
869 James Burgess Road
Suwanee, GA 30024